ALLMAND AND LEE
8701 BEDFORD EULESS ROAD
SUITE 510
HURST TX 76053
(214) 265-0123

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                      Case #:        08-33189-SGJ-13
                                                            Hearing Date:  04/09/2009
VERNON COLUMBUS JR. BROADUS
      Debtor(s)

### Notice of Hearing on Debtor(s)' Objections to Claims

To:   All parties in interest

Accompanying the Notice are copies of the "Debtor's Objection to Claims"

A pre-hearing conference with the Chapter 13 Trustee concerning the accompanying pleadings will be held at 8:30 a.m. on 04/09/2009 at 125 E. John Carpenter Freeway, Suite #1100, The Eleventh Floor, Irving, Texas 75062.

Any objection to the accompanying pleading not resolved or defaulted at the Trustee's Pre-hearing conference will be heard by the Court at 2:00 p.m. on the same day at: 1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE IN WRITING, FILED WITH THE COURT AND A COPY SERVED ON ANY AFFECTED PARTY AND THE PARTIES LISTED BELOW.

FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGEMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.

Debtor:    VERNON COLUMBUS JR. BROADUS, 609 THE MEADOWS PARKWAY, DESOTO TX, 75115
Attorney:  ALLMAND AND LEE, 8701 BEDFORD EULESS ROAD, SUITE 510, HURST TX, 76053
Trustee:   125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062
Court:     CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE, ST., 12TH FLOOR, DALLAS, TEXAS 75202

/s/ _____
Reed Allmand/State Bar # 24027134
Christopher M. Lee/State Bar # 24041319

24031234

Case # 08-33189-SGJ-13
Debtor(s) VERNON COLUMBUS JR. BROADUS

## Certificate of Service

I hereby certify that a copy of the above "Debtor's Objection to Claims" and "Notice of Hearing on Debtor's Objections to Claims" was served on or before 03/07/2009 on the parties named below by United States First Class Mail, postage pre-paid or via electronic notice.

| | |
|---|---|
| Debtor: | VERNON COLUMBUS JR. BROADUS, 609 THE MEADOWS PARKWAY, DESOTO TX, 75115 |
| Attorney: | ALLMAND AND LEE, 8701 BEDFORD EULESS ROAD, SUITE 510, HURST TX, 76053 |
| Trustee: | 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |
| Creditors: | ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV-BANKRUPTCY SEC, PO BOX 12548, AUSTIN TX, 78711-2548 |
| | DIANA BROADUS, 609 THE MEADOWS PARKWAY, DESOTO TX, 75115 |
| | INTERNAL REVENUE SERVICE, SPECIAL PROCEDURES, 1100 COMMERCE ST 5024 DAL, DALLAS TX, 75242 |
| | STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN TX, 78711 |
| | TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN TX, 78711-3127 |
| | TEXAS EMPLOYMENT COMMISSION, TEC BUILDING BANKRUPTCY, 101 EAST 15TH STREET, AUSTIN TX, 78714-9080 |
| | UNITED STATES ATTORNEY, 801 CHERRY STREET, UNIT 4, FORT WORTH TX, 76102-6882 |
| | VIP FINANCE, 610 S CENTRAL EXPRESSWAY, RICHARDSON TX, 75080-7401 |
| | LINEBARGER GOGGAN BLAIR SAMPSO, 2323 BRYAN ST, 1720 UNIVISION CENTER, DALLAS TX, 75201-2644 |
| | ECAST SETTLEMENT CORP, FIA CARD SERVICES, P O BOX 35480, NEWARK NJ, 07193-5480 |
| | COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201-2644 |
| | DESOTO ISD, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201 |
| | DYNAMIC REC, 2775 VILLA CREEK, DALLAS TX, 75234 |
| | EMERALD MARKETING, 1489 WARM SPRINGS RD, SUITE 110, HENDERSON NV, 89014 |
| | NATIONAL PAYMENT CENTER, US DEPT OF EDUCATION, PO BOX 4169, GREENVILLE TX, 75403-4169 |
| | NCO FIN 27, PO BOX 7216, PHILADELPHIA PA, 19101 |
| | AMERICAN HOME MORTGAGE SERVICI, OPTION ONE MORTGAGE CORP, PO BOX 631730, IRVING TX, 75063 |
| | WELLS FARGO BANK NA, OVERDRAFT RECOVERY PAYMENT, PO BOX 63491 MAC A143 042, SAN FRANCISCO CA, 94163 |
| | AMERICAN HOME MORTGAGE SERVICI, OPTION ONE MORTGAGE CORP, PO BOX 631730, IRVING TX, 75063 |
| | CITY OF DESOTO, LINEBARGER GOGGAN BLAIR SAMPSO, 2323 BRYAN ST SUITE 1600, DALLAS TEXAS, 75201 |
| | COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201-2644 |
| | CITY OF DESOTO, 2323 BRYAN STREET, SUITE 1600, DALLAS TX, 75201 |
| | CODILIS AND STAWIARSKI PC, 650 N SAM HOUSTON PKWY, STE 450, HOUSTON TEXAS, 77060 |
| | AMERICAN HOME MORTGAGE SVCING, OPTION ONE MORTGAGE CORP, 1270 NORTHLAND DRIVE SUITE 200, MENDOTA HEIGHTS MN, 551 |
| | WELLS FARGO BANK, PO BOX 5058 MAC P6053021, PORTLAND OR, 97208 |
| | AMERICAN HOME MORTGAGE SERVICI, OPTION ONE MORTGAGE CORP, PO BOX 631730, IRVING TX, 75063 |
| | AMERICAN HOME MORTGAGE SERVICI, PO BOX 631730, IRVING TX, 75063-1730 |
| | AMERICAN HOME MORTGAGE SERVICI, BANKRUPTCY DEPARMENT, 1270 NORTHLAND DR STE 200, MENDOTA HEIGHTS MN, 55120 |

By: /s/ _____
Reed Allmand/State Bar #2402?134
Christopher M. Lee/State Bar #24041319
/State Bar #00000000

2403234

ALLMAND AND LEE
8701 BEDFORD EULESS ROAD
SUITE 510
HURST TX 76053

In Re:                                                          Case # 08-33189-SGJ-13

VERNON COLUMBUS JR. BROADUS
      Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Debtor's Objection to Claims

Debtor(s) hereby object to the following claims for the reason(s) indicated in Column 6. The claims should be ALLOWED/DISALLOWED as indicated in Column 3 for the amount and class indicated in Columns 4 and 5 respectively.

| 1. Creditor Name | 2. Claim Amt | 3. Allow/Disallow | 4. Amount | 5. Class | 6. Reason(s) (see code below) | 7. Trustee Claim # |
|---|---|---|---|---|---|---|
| VIP FINANCE | $ 14,282.00 | Allow | $ 14,282.00 | Secured | C-1 | 0008 |

Code "Reason(s) for Claim Objection

C-1        Claimant has not filed deficiency for $5,382.00 and should be DISALLOWED.

Respectfully Submitted,

/s/ Matthi F. W~~ for

Reed Allmand/State Bar #24027134
Christopher M. Lee/State Bar #24041319

24031234