

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 17, 2009**

United States Bankruptcy Judge

---

```
ALLMAND AND LEE
8701 BEDFORD EULESS ROAD
SUITE 510
HURST TX 76053
```

```
             IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE NORTHERN DISTRICT OF TEXAS
                         DALLAS DIVISION
```

```
In Re:                                        Case No. 08-33189-SGJ-13
     VERNON COLUMBUS JR. BROADUS
            Debtor(s)
```

### ORDER ON DEBTOR'S OBJECTION TO CLAIMS

```
At Dallas in said District:


    On this day came on for hearing the Debtor's Objections to Claims," ("Objection")
dated February 6, 2009  , and any responses filed thereto.  The following parties
appeared:  Debtor(s), the Standing Chapter 13 Trustee, and :
```

_____
_____
_____

```
After considering the pleadings, the evidence and stipulations, if any, and the
argument of counsel, the Court finds that the following order should be entered:
```

**IT IS FURTHER ORDERED** that all claims shown in Section II of the Objection (Specific Objections) are hereby **ALLOWED** or **DISALLOWED** as shown therein at Column 3 except as follows:

| Creditor Name | Claim Amount | Allow/ Disallow | Amount | Class | Allow Disallow | Amount | Class |
|---|---|---|---|---|---|---|---|
| No changes | | | | | | | |

### End of Order ###

Approved by:  /s/ Thomas D. Powers
_____
Thomas D. Powers/Trustee/ State Bar #16218700